# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOJO CLUTCHETTE, <br><br> Petitioner, <br><br> v. <br><br> L MONTGOMERY, Warden, <br><br> Respondent. | Case No. CV 13-7593 AG (MRW) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 30, 2015

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE